Please assign a public defender to represent me "Amir D. Brookins 80082-053" on all matters pertaining to the "ALL DRUGS MINUS TWO" Law passed on July 18, 2014

Thank you
Amir D. Brookins
*Amir Brooks*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 25 2014 ★

3:01-PM-RV-OTD
BROOKLYN OFFICE

Amir Brookins
#80099-053
Federal Correctional Institution
P.O Box 2000
Fort Dix, NJ 08640

Court Clerk
United States District Court
Eastern District of New York
United States Courthouse
205 Cadman Plaza east
Brooklyn, NY 11201